IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-862-WYD-CBS

UNITED STATES BRASS CORPORATION, now known as ZURN PEX, INC., a Delaware corporation,

    Plaintiff,

v.

DORMONT MANUFACTURING COMPANY, a Pennsylvania corporation,

    Defendant.

**ORDER**

THIS MATTER is before the Court on a review of the file.  Defendant Dormont Manufacturing Company filed a Motion to Dismiss Plaintiff's Amended Complaint on August 11, 2005.  Attached to the motion and the response filed by Plaintiff on August 31, 2005 are matters outside the pleadings.  Pursuant to the Federal Rules, if a court does not exclude the matters presented that are outside the pleadings, a motion to dismiss pursuant to Rule 12(b)(6) shall be treated as a motion for summary judgment.  FED. R. CIV. P. 12(b); *Lucero v. Gunter*, 52 F.3d 874, 877 (10th Cir. 1995).

I find that it is appropriate to consider the attached matters outside of the pleading in resolving Defendant's motion.  Accordingly, notice is hereby given that Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Supporting Brief shall be treated by the Court as a motion for summary judgment.  Any party who wishes

to submit additional materials for the Court to consider in connection with the motion for summary judgment may do so by Friday, November 18, 2005.

Finally, I note that a Scheduling Order was filed on October 4, 2005, and the case has not yet been set for trial. Accordingly, a five (5) day jury trial is set to commence on Monday, July 9, 2007 at 9:00 a.m. A Final Trial Preparation Conference is set Friday, June 29, 2007 at 4:00 p.m.

In conclusion, it is

ORDERED that Defendant Dormont Manufacturing Company's Motion to Dismiss Plaintiff's Amended Complaint and Supporting Brief filed August 11, 2005, is **CONVERTED** to a Motion for Summary Judgment. It is

FURTHER ORDERED that if any party wishes to submit additional material to be considered in connection with the Motion for Summary Judgment, they shall do so by **Friday, November 18, 2005.** It is

FURTHER ORDERED that a five (5) day jury trial is set to commence on **Monday, July 9, 2007 at 9:00 a.m.** A Final Trial Preparation Conference is set **Friday, June 29, 2007 at 4:00 p.m.**

Dated: November 3, 2005

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge